STATE OF CONNECTICUT *v.* MARYBETH MONTESI
(13361)

DUPONT, C. J., and FOTI and LAVERY, Js.

Argued May 24—decision released June 27, 1995

*Elizabeth A. Gallagher,* with whom, on the brief, were *William F. Gallagher* and *Anthony Polvino,* for the appellant (defendant).

*Kevin T. Kane,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.